# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America <br> v. <br> Antwain Darrell Simpson <br> DOB: ▮▮▮▮▮ <br><br> *Defendant(s)* | Case: 1:25-mj-00168 <br> Assigned To: Judge Harvey, G. Michael <br> Assign. Date: 8/24/2025 <br> Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 22, 2025  in the county of  Washington  in the  District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm or Ammunition |

This criminal complaint is based on these facts:

See attached Statement of Facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Bridgett Soares, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/24/2025

*Judge's signature*

City and state: Washington, DC    G. Michael Harvey, Magistrate Judge
*Printed name and title*