UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 25-MJ-168 (GMH) |
| **v.** : | |
| : | |
| **ANTWAIN SIMPSON,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Benjamin Helfand, who may be contacted by telephone on (202) 252-7059 or e-mail at benjmain.helfand@usdoj.gov.  This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ *Benjamin Helfand*
Benjamin Helfand
DC Bar No. 1658708
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7059
Benjamin.Helfand@usdoj.gov